IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE M. REVERON<br>an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>REDBUBBLE, INC.,<br>ZAZZLE, INC.,<br>TP APPAREL LLC,<br>PLANETART LLC,<br>ETSY, INC.,<br>AMAZON.COM SALES, INC.,<br>SPREADSHIRT, INC.,<br>WALMART, INC., and<br>JOHN DOES 1-3<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   24CV9382<br><br>The Clerk of Court is respectfully directed to terminate defendant PlanetArt, LLC from the case.<br><br>SO ORDERED.<br><br>*[signature]*<br><br>Arun Subramanian, U.S.D.J.<br>Date: January 7, 2025 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Stephanie M. Reveron, that the above captioned action is hereby dismissed with prejudice **ONLY** as to PlanetArt, LLC and without Court cost or fees to any party against the other.

The case shall remain against the other named Defendants to the above action.

Dated: December 26, 2024

STEPHANIE M. REVERON

By: *[signature]*
Stephanie M. Reveron
Pro Se Plaintiff
210 Stannton Street – Apt. #218
New York, New York 10002
(646) 299-5321

SO ORDERED:

_____
U.S.D.J.