

> GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.
>
> SO ORDERED.
>
> *Arun Subramanian, U.S.D.J.*
> Date: March 5, 2025

Fish & Richardson P.C.
7 Times Square
20th Floor
New York, NY 10036

212 765 5070 main
212 258 2291 fax

March 4, 2024

**Jessica Cohen-Nowak**
Of Counsel
cohen-nowak@fr.com
+1 212 641 2328 direct

**Via ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Stephanie M. Reveron v. Redbubble, Inc., et al.*, Case No. 1:24-cv-09382-AS

Dear Judge Subramanian:

We write on behalf of Defendant Etsy, Inc., joined by and with permission of Defendants Amazon.com, Redbubble, Inc., TP Apparel LLC, and Walmart, Inc. in the above-referenced action (hereafter "Moving Defendants"). As discussed below, for reasons of judicial and party efficiency, the Moving Defendants hereby seek an order adjourning the deadlines set out in Your Order of December 23, 2024 (Dkt. No. 5).

The December 23 Order sets a date for a March 25, 2025 pretrial conference along with dates for a Rule 26f conference by March 4 and a deadline to file a joint letter and a proposed Civil Case Management Plan and Scheduling Order on March 18.

On March 17, the Moving Defendants plan to file a joint motion to dismiss on 12(b)(6) grounds for all counts against all Moving Defendants. Once this motion is decided the outcome may result in (1) the dismissal of some or all defendants; or (2) may greatly narrow the discovery issues in the case. Moving Defendants respectfully request that the deadlines set forth in the December 23 Order are adjourned until the joint motion to dismiss is decided. Because there are five different defendants it takes substantial effort and resources to coordinate schedules and Moving Defendants are hopeful that moving the March 25 conference and related deadlines will alleviate any unnecessary attorney fees.

Defendants have reached out to Plaintiff for consent on this proposal. Plaintiff consented to the foregoing proposal by e-mail on March 4, 2025.

> Respectfully submitted,
> */s/ Jessica Cohen-Nowak*

cc:  Stephanie M. Reveron, *Pro Se* Plaintiff (*via* email)
     All Counsel of Record (*via ECF*)

fr.com