UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie M. Reveron,<br><br>                      Plaintiff,<br><br>    -against-<br><br>RedBubble, Inc. et al.,<br><br>                      Defendants. | 24-CV-9382 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Defendants filed a joint motion to dismiss on March 17, 2025. Dkt. 30. In response, *pro se* plaintiff Reveron amended her complaint. Dkt. 40. Defendants requested (and the Court granted) a new schedule for responding to the amended complaint. Dkt. 42. On April 30, 2025, defendants filed a joint motion to dismiss the amended complaint.

    Given that there is now an updated motion to dismiss the amended complaint, defendants' motion to dismiss the original complaint is DENIED as moot. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 30.

    SO ORDERED.

Dated: May 6, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge