UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie M. Reveron,<br><br>                Plaintiff,<br><br>    -against-<br><br>RedBubble, Inc. et al.,<br><br>                Defendants. | 24-CV-9382 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff has voluntarily dismissed all defendants except for Spreadshirt, Inc. and John Does 1-3 from the case. The joint motion to dismiss at Dkt. 43 is denied as moot given that all of the moving defendants are no longer in the case. By **July 21, 2025**, plaintiff should either move for default judgment against Spreadshirt, Inc. and John Does 1-3, who have not yet appeared in the case, or file a letter to the Court explaining the current status of the remaining claims against those defendants.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. 43.

      SO ORDERED.

Dated: July 7, 2025
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge