UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie M. Reveron,<br><br>       Plaintiff,<br><br>  -against-<br><br>RedBubble, Inc. et al.,<br><br>       Defendants. | 24-CV-9382 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court ordered plaintiff Reveron to, by July 21, 2025, either move for default judgment against the remaining defendants or file a status letter. Dkt. 52. Plaintiff has done neither.

  As a courtesy, the Court *sua sponte* extends the deadline to **August 18, 2025**. If plaintiff does not either move for default judgment or file a status letter by that date, this case will be closed without further notice.

  SO ORDERED.

Dated: August 11, 2025
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge