UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie Reveron | |
| Plaintiff, | 24-CV-9382 (AS) |
| -against- | |
| Redbubble, Inc. et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

On August 11, 2025 the Court ordered plaintiff to either move for default judgment or file a status letter by August 18, 2025 or the Court would close this case without further notice. Dkt. 53. To date, plaintiff has not made any filings. The Clerk of Court is respectfully directed to close this case and to terminate any outstanding motions or deadlines.

SO ORDERED.

Dated:  January 20, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge